ORIGINAL

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   LAFACE RECORDS LLC; WARNER
7  BROS. RECORDS INC.; SONY BMG
   MUSIC ENTERTAINMENT; BMG
8  MUSIC; and UMG RECORDINGS, INC.
9



10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11
12
13  LAFACE RECORDS LLC, a Delaware limited      CASE NO. C07-04872 PJH
    liability company; WARNER BROS.
14  RECORDS INC., a Delaware corporation;       [PROPOSED] ORDER GRANTING
    SONY BMG MUSIC ENTERTAINMENT, a             PLAINTIFFS' EX PARTE APPLICATION
15  Delaware general partnership; BMG MUSIC, a  FOR LEAVE TO TAKE IMMEDIATE
16  New York general partnership; and UMG       DISCOVERY
    RECORDINGS, INC., a Delaware corporation,
17
18               Plaintiffs,
19       v.
20
    JOHN DOE,
21               Defendant.
22
23
24
25
26
27
28

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery,
2  the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on California State Univ -
4  Monterey Bay to obtain the identity of Defendant John Doe ('Defendant") by serving a Rule 45
5  subpoena that seeks documents that identify Defendant John Doe, including the name, current (and
6  permanent) address and telephone number, e-mail address, and Media Access Control addresses for
7  Defendant. The disclosure of this information is consistent with California State Univ - Monterey
8  Bay's obligations under 20 U.S.C. 1232g.
9  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in
10 response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting
11 Plaintiffs' rights under the Copyright Act.

DATED: 10/1/07            By: _____
                              United States District Judge