1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   LAFACE RECORDS LLC; WARNER
7  BROS. RECORDS INC.; SONY BMG
   MUSIC ENTERTAINMENT; BMG
8  MUSIC; and UMG RECORDINGS, INC.
9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

13  LAFACE RECORDS LLC, a Delaware limited       CASE NO.
    liability company; WARNER BROS.
14  RECORDS INC., a Delaware corporation;        [PROPOSED] ORDER GRANTING
15  SONY BMG MUSIC ENTERTAINMENT, a              PLAINTIFFS' EX PARTE APPLICATION
    Delaware general partnership; BMG MUSIC, a   FOR LEAVE TO TAKE IMMEDIATE
16  New York general partnership; and UMG        DISCOVERY
    RECORDINGS, INC., a Delaware corporation,
17
18                         Plaintiffs,
19       v.
20
21  JOHN DOE,
                           Defendant.
22

---

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#32672 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on California State Univ - Monterey Bay to obtain the identity of Defendant John Doe ('Defendant") by serving a Rule 45 subpoena that seeks documents that identify Defendant John Doe, including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control addresses for Defendant. The disclosure of this information is consistent with California State Univ - Monterey Bay's obligations under 20 U.S.C. 1232g.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

DATED: _____       By: _____
                                              United States District Judge

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#32672 v1