1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:         matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   LAFACE RECORDS LLC; WARNER
7  BROS. RECORDS INC.; SONY BMG
   MUSIC ENTERTAINMENT; BMG
8  MUSIC; and UMG RECORDINGS, INC.

9

10                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
11                   SAN FRANCISCO DIVISION

12

| LAFACE RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation, | CASE NO. C 07-04872 PJH |
|---|---|
| | Honorable Phyllis J. Hamilton |
| Plaintiffs, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

Notice of Dismissal
Case No. C 07-04872 PJH
#34534 v1

1 | Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs LAFACE RECORDS LLC, *et al.*, by
2 | and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3 | against Defendant John Doe, also identified as ID #126535136 with IP address 207.62.147.85 2007-
4 | 04-23 22:07:09 EDT, each party to bear its/his own fees and costs.  The Clerk of Court is
5 | respectfully requested to close this file.

Dated:  December 19, 2007                                HOLME ROBERTS & OWEN LLP

12/21/07

By:  */s/ Matthew Franklin Jaksa*
        MATTHEW FRANKLIN JAKSA
        Attorney for Plaintiffs



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

Notice of Dismissal
Case No. C 07-04872 PJH
#34534 v1